```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

UNITED STATES OF AMERICA

        -against-                              ORDER

BIANEL BRUGOZ-MUNOZ
                                              22MAG3223
                                              Docket#
-------------------------------------X
```

_James L. Cott_____,USMJ
     Judge's Name

The attorney assigned to this case

_____Mark Cohen_____ is hereby ordered substituted
       Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to _Jeremy Schneider_____ , NUNC-PRO-TUNC _June 8, 2022_
                           Attorney's Name

SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         June 8, 2022